UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CULLEY,

                Plaintiff,                  **ORDER**

    -against-                  20-CV-7346 (NSR) (AEK)

EDWARDS MANUFACTURING CO. OF
ALBERT LEA,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At a status conference on March 23, 2022, the Court ordered the parties to submit a revised discovery schedule (which would include the dates of the two party depositions), by March 31, 2022. To date, no proposed schedule has been filed. Accordingly, the parties are ordered to submit one by **Thursday, April 14, 2022.**

Dated: April 11, 2022
       White Plains, New York

                                               **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge