**MEMO ENDORSED**



Sandra L. Musumeci
212.660.1032
smusumeci@rshc-law.com

October 18, 2022

**In light of the discovery deadline extension, the parties' request to adjourn the telephonic Status Conf. from Dec. 15, 2022 until March 16, 2023 at 11:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 20 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 44.
Dated: White Plains, NY
             Nov. 10, 2022**

**SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Via ECF and Facsimile**

Honorable Nelson S. Roman
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
Facsimile: (914) 390-4179

Re: *Culley v. Edwards Manufacturing Company*
Index #: 7:20-cv-07346-NSR
Request to Adjourn 12/15/2022 Status Conference

Dear Judge Roman:

I represent defendant Edwards Manufacturing Company ("Defendant" or "Edwards") in the above-referenced action.

Pursuant to Part 1.E. of Your Honor's Individual Practices, I write on behalf of both parties to jointly (and at the direction of Magistrate Judge Krause) to request an adjournment of the post-discovery status conference currently scheduled to take place on Thursday, December 15, 2022 at 10:00am (ECF No. 39). The parties seek to reschedule this conference because Judge Krause has extended the deadline for the completion of expert discovery to Monday, February 20, 2023, and the parties anticipate working through expert discovery and depositions through that time. The parties propose that the conference be rescheduled for one of the following days:

- Thursday, March 9, 2023
- Friday, March 10, 2023
- Thursday, March 16, 2023
- Friday, March 17, 2023

This is the second such request made by counsel for an adjournment of this post-discovery conference (both at the suggestion of Judge Krause). The Court granted the prior request.

Respectfully submitted,

Sandra L. Musumeci

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/10/2022__

cc: Lawrence Lissauer, Esq. (via ECF)
    Kenneth Fromson, Esq. (via ECF)