USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **5/30/2024**

# NORTON ROSE FULBRIGHT

May 30, 2024

**Via ECF and Facsimile**

Norton Rose Fulbright US LLP
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607
United States of America

Hon. Nelson S. Roman
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
Facsimile: (914) 390-4179

Direct line +1 312 964 7772
josh.lee@nortonrosefulbright.com

Tel +1 312 964 7800
Fax +312 964 7799

MEMO ENDORSED

Re:  Culley v. Edwards Manufacturing Company
     Case No. 7:20-cv-07346-NSR
     Request to Adjourn May 31, 2024 Conference

Dear Judge Roman:

I represent defendant Edwards Manufacturing Company.

I write to request an adjournment of the pre-trial conference currently set for tomorrow morning, May 31, 2024, at 11:00 am. When the court rescheduled the time for the conference, it was errantly added to my calendar at the wrong time. I will be on a flight tomorrow morning during the time at which the conference is now scheduled.

I have conferred with Plaintiff's counsel, who does not oppose an adjournment.

For these reasons, I respectfully request that the Court adjourn tomorrow's pretrial conference to another date and time convenient for the court.

Respectfully,

s/ Joshua D. Lee

Joshua D. Lee

**Def.'s request, unopposed by Pltf., is GRANTED. The pretrial teleconference scheduled for May 31, 2024 at 11am is adjourned. The Court will advise as to a new date next week. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 64.**
**Dated: May 30, 2024**
         **White Plains, NY**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

cc:   Kenneth Fromson

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.